IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUSSELL M. JOHNSON,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NATIONAL CONSOLIDATION** | : | |
| **SERVICES, LLC, et al.,** | : | **NO. 12-5083** |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of February, 2013, upon consideration of Plaintiff Russell M. Johnson's Motion to Remand this case to state court (Doc. No. 7), and all responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.  The case shall be **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

It is further **ORDERED** that National Consolidation Services, LLC's, Motion to Dismiss (Doc. No. 5) is deemed **MOOT**.

It is further **ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E. K. PRATTER
United States District Judge